| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | KEVIN J. BARRY (CABN 229748)<br>Assistant United States Attorney |
| 5 | |
| 6 | NATALIE K. WIGHT (ORBN 35576)<br>Special Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6840
Facsimile: (415) 436-7234
Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0654-RS |
| Plaintiff, | ) ) | |
| v. | ) ) | **STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |
| ROBERT YOUNG DAHLGREN, | ) ) | |
| Defendant. | ) ) ) | |

During the parties' appearance on September 10, 2010, the Court set October 5, 2010, as the next date for a further status, change of plea, or trial setting hearing. During that appearance, counsel requested that time between September 10, 2010, and October 5, 2010, be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and

//

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0654-RS

1 the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the September 10, 2010, hearing,

2 the Court made findings consistent with that agreement.

3

4 IT IS SO STIPULATED:

5

6                    MELINDA HAAG
                   United States Attorney

7 DATED: September 13, 2010        /S
                   KEVIN J. BARRY

8                    Assistant United States Attorney

9

10 DATED: September 13, 2010        /S
                   PAUL WOLF
                   Attorney for Defendant, Robert Y. Dahlgren

11

12               [~~PROPOSED~~] ORDER

13   For the reasons stated above and at the September 10, 2010 hearing, the Court finds that

14 exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from

15 September 10, 2010, through October 7, 2010, is warranted and that the ends of justice served by

16 the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18

17 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel

18 for the defendant and for the government the reasonable time necessary for effective preparation,

19 taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18

20 U.S.C. §3161(h)(7)(B)(iv).

21

IT IS SO ORDERED.

22

23 DATED: 9/15/10            /s/ James Larson

24                THE HONORABLE JAMES LARSON
               United States Magistrate Judge

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 10-0654-RS