1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5
   NATALIE K. WIGHT (ORBN 35576)
6  Special Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-6840
8       Facsimile: (415) 436-7234
        E-Mail: kevin.barry@usdoj.gov
9              natalie.wight@usdoj.gov

10 Attorneys for Plaintiff

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,        )   No. CR 10-0654 RS
                                    )
17        Plaintiff,                )
                                    )   **STIPULATION AND [PROPOSED]**
18    v.                            )   **ORDER EXCLUDING TIME**
                                    )
19 ROBERT YOUNG DAHLGREN,           )
                                    )
20        Defendant.                )
                                    )
21 _____ )

22

23

24        During the parties' appearance on October 5, 2010, the Court set November 2, 2010, as

25 the next date for a further status, change of plea, or trial setting hearing.  During that appearance,

26 counsel requested that time between October 5, 2010, and November 2, 2010, be excluded from

27 any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation.  *See*

28 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting such

an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

18 U.S.C. § 3161(h)(7)(A).


IT IS SO STIPULATED:


                                        MELINDA HAAG
                                        United States Attorney

DATED: October 6, 2010                  _____/s/_____
                                        KEVIN J. BARRY
                                        Assistant United States Attorney


DATED: October 6, 2010                  _____/s/_____
                                        ADAM PENNELLA
                                        Attorney for Defendant, Robert Y. Dahlgren


                          [PROPOSED] ORDER

For the reasons stated above and at the October 5, 2010, hearing, the Court finds that

exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from

October 5, 2010, through November 2, 2010, is warranted and that the ends of justice served by

the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

U.S.C. §3161(h)(7)(A).  The failure to grant the requested exclusion of time would deny counsel

for the defendant and for the government the reasonable time necessary for effective preparation,

taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18

U.S.C. §3161(h)(7)(B)(iv).


IT IS SO ORDERED.


DATED:  10/7/10            _____
                          THE HONORABLE RICHARD SEEBORG
                          United States District Judge